### 14931.  GERMANY *v.* THE STATE.

LUKE, J.  For the alleged reason that the conviction was had upon the uncorroborated testimony of accomplices, the defendant contends that the court erroneously overruled his motion for a new trial. It is clear, from the record, that the conviction was fully authorized by the evi-

dence and was not dependent wholly upon the evidence of accomplices. The court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 15, 1923.

Indictment for aiding escape; from Pike superior court—Judge Searcy. July 14, 1923.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*E. M. Owen, solicitor-general,* contra.